IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:26-CV-00411-M-BM

| | | |
|---|---|---|
| MOSTAFA HOSSEINNEJAD BALAJORSHARI, | ) | |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| Defendants. | ) | |

THIS MATTER COMES BEFORE the court on the parties' joint motion to remand the case to United States Citizenship and Immigration Services (USCIS) and dismiss without prejudice and without award of fees or costs the Complaint filed by Plaintiff Mostafa Hosseinnejad-Balajorshari.

UPON CONSIDERATION OF the joint motion and the entire record, the motion is GRANTED. USCIS will adjudicate Plaintiff's N-400 application within 90 days of the order remanding the application.

IT IS FURTHER ORDERED that this case is remanded to the USCIS, pursuant to 8 U.S.C. § 1447(b), and the Complaint is dismissed without prejudice and without costs, expenses, or attorneys' fees to any party.

SO ORDERED this 28th day of August, 2026.

Richard E. Myers II

RICHARD E. MYERS II
Chief United States District Judge